| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) COHN, AVERN L. | 2. Court or Organization U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report 09/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

219 FEDERAL BUILDING
AND U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | M | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM | C | Dividend | M | T | | | | | |
| 4. SCHLUMBERGER, LTD. | B | Dividend | M | T | | | | | |
| 5. SIGMA ALDRICH CORP. | A | Dividend | K | T | Sold (part) | 07/15/13 | K | E | |
| 6. KIMBERLY CLARK | C | Dividend | M | T | | | | | |
| 7. WALT DISNEY CO. | | None | L | T | | | | | |
| 8. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 9. BOEING | C | Dividend | M | T | | | | | |
| 10. EXXON MOBIL CORP | A | Dividend | L | T | Buy | 07/15/13 | L | | |
| 11. CHEVRON CORP | A | Dividend | L | T | Buy | 07/15/13 | L | | |
| 12. WILLIAMS COMPANIES INC | B | Dividend | L | T | Buy | 07/15/13 | L | | |
| 13. ARCHER DANIELS MIDLAND | B | Dividend | K | T | | | | | |
| 14. RAYTHEON NEW | C | Dividend | L | T | Sold (part) | 07/15/13 | L | E | |
| 15. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 16. PEPSICO | B | Dividend | L | T | | | | | |
| 17. LOCKHEED MARTIN | C | Dividend | L | T | Sold (part) | 07/15/13 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ROVI CORP, FORMERLY GEMSTAR INTL | | None | J | T | | | | | |
| 19. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | Sold (part) | 12/26/13 | K | E | |
| 20. ISHARES TR MSCI EAFE INX FD | D | Dividend | N | T | | | | | |
| 21. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | | | | | |
| 22. ISHARES S&P MIDCAP 400/BARRA GR IDX | C | Dividend | N | T | | | | | |
| 23. BAXTER INTL | C | Dividend | M | T | | | | | |
| 24. EMCOR GROUP INC. | B | Dividend | M | T | | | | | |
| 25. PRAXAIR INC | B | Dividend | M | T | | | | | |
| 26. THE HOWARD HUGHES CORP | | None | O | T | Donated (part) | 07/11/13 | M | | |
| 27. | | | | | Donated (part) | 06/21/13 | M | | |
| 28. ROUSE PROPERTIES INC. | A | Dividend | M | T | | | | | |
| 29. ISHARES TR MSCI EMERGING MKTS INDX FUND | C | Dividend | M | T | | | | | |
| 30. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | L | T | | | | | |
| 31. CHUBB CORP | B | Dividend | M | T | | | | | |
| 32. IBM | B | Dividend | M | T | | | | | |
| 33. DREYFUS/LAUREL FDS TR PRM EMRGN MK I | C | Dividend | M | T | | | | | |
| 34. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DODGE & COX INTL FUND | D | Dividend | N | T | | | | | |
| 36. JP MORGAN TAX AWARE REAL RET FD | A | Dividend | N | T | | | | | |
| 37. ISHARES TR RUSSELL 1000 VALUE INDEX FD | D | Dividend | M | T | | | | | |
| 38. EATON VANCE MUT FDS TR | D | Dividend | M | T | | | | | |
| 39. MANNING & NAPIER FD INC EQUITY SERIES | E | Dividend | O | T | Buy (add'l) | 12/17/13 | L | | |
| 40. MANNING & NAPIER FD INC WORLD OPP SERIES | D | Dividend | N | T | Buy (add'l) | 12/17/13 | J | | |
| 41. TROWE PRICE NEW ASIA FD | C | Dividend | N | T | | | | | |
| 42. PAYDEN & RYGEL INV GRP | E | Dividend | M | T | | | | | |
| 43. AIM BAL RISK FUND | C | Dividend | L | T | | | | | |
| 44. HSBC TOTAL RETURN FUND | B | Dividend | L | T | | | | | |
| 45. SPDR GOLD TRUST | | None | | | Sold | 10/31/13 | L | A | |
| 46. HIGHBRIDGE DYNAMIC COMM STRG FD | | None | | | Sold | 06/17/13 | L | A | |
| 47. RIDGEWORTH FUNDS | C | Dividend | M | T | | | | | |
| 48. PRIMECAP ODYSSEY STK FUND | B | Dividend | M | T | | | | | |
| 49. GATEWAY FUND | A | Dividend | L | T | Buy | 10/31/13 | L | | |
| 50. VIRTUS EMERGING MKTS OPP FUND | A | Dividend | | | Buy | 06/17/13 | L | | |
| 51. | | | | | Sold | 12/26/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. POWERSHARES DB COMMODITY INDEX FD | A | Interest | | | Buy | 06/17/13 | M | | |
| 53. | | | | | Sold | 12/26/13 | M | A | |
| 54. XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 55. BELLEVILLE NORTH VENTURE-BELLEVILLE, MI | | None | M | U | | | | | |
| 56. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | L | U | | | | | |
| 57. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |
| 58. LANCASTER HILLS APTS. CO.-SOUTHFIELD, MI | G | Rent | M | U | | | | | |
| 59. LANCASTER HILLS APTS. CO. | F | Distribution | M | U | | | | | |
| 60. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 61. BLOOMFIELD VILLAGE SQUARE-BLMFLD HILLS, MI | G | Distribution | J | U | | | | | |
| 62. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 63. FERRIS PARK TOWERS-LANSING, MI | E | Rent | M | U | | | | | |
| 64. FERRIS PARK TOWERS | A | Interest | M | U | | | | | |
| 65. BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | B | Rent | L | U | | | | | |
| 66. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 67. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. DIXIE PROPERTIES | D | Distribution | M | U | | | | | |
| 69. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 70. BLOOMFIELD PLAZA, LLC | C | Interest | N | U | | | | | |
| 71. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 72. GGP LIMITED PARTNERSHIP-MULTI STATE | E | Rent | N | U | | | | | |
| 73. GGP LIMITED PARTNERSHIP | B | Interest | N | U | | | | | |
| 74. GGP LIMITED PARTNERSHIP | F | Dividend | N | U | | | | | |
| 75. GGP LIMITED PARTNERSHIP | F | Distribution | N | U | | | | | |
| 76. EATON NURSERY SALES-BIRMINGHAM, MI | E | Rent | K | U | | | | | |
| 77. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 78. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 79. WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 80. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | N | U | | | | | |
| 81. NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 82. NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 83. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 84. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | E | Rent | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. BLOOMFIELD PLAZA II LLC | F | Distribution | K | U | | | | | |
| 86. DALLAS GROUP INVESTORS, LLC-TEXAS | A | Interest | L | U | | | | | |
| 87. DALLAS GROUP INVESTORS, LLC-TEXAS | A | Distribution | L | U | | | | | |
| 88. KING COUNTY WA BOND | C | Interest | M | T | | | | | |
| 89. ANCHORAGE ALASKA SCHS-SER D BOND | D | Interest | M | T | | | | | |
| 90. MD ST & LOC FACS LN PUBLIC IMPS BOND | A | Interest | K | T | | | | | |
| 91. SALT RIVER PROJECT/ARIZONA BOND | C | Interest | M | T | | | | | |
| 92. OLATHE KANSAS BOND | D | Interest | | | Matured | 10/01/13 | M | A | |
| 93. WEST CLARK, IND 2000 SCH BLDG CORP BOND | D | Interest | | | Matured | 07/15/13 | M | A | |
| 94. OHIO STATE BOND | D | Interest | M | T | | | | | |
| 95. STATE OF TEXAS- TECH COLLEGE BOND | D | Interest | M | T | Sold (part) | 12/04/13 | L | B | |
| 96. ST TAMMANY PARISH LA SCHOOL DISTRICT #12 BOND | C | Interest | M | T | | | | | |
| 97. FRISCO, TX CTFS OBLIG LIMITED TAX BOND | B | Interest | | | Redeemed | 02/15/13 | L | A | |
| 98. NY STATE BOND | D | Interest | M | T | | | | | |
| 99. CENTRAL BUCKS PA SCHOOL BOND | D | Interest | M | T | | | | | |
| 100. NY CITY TRANSITIONAL FIN AUTH REV FUTURE TAX BOND | D | Interest | M | T | | | | | |
| 101. FARGO, NORTH DAKOTA BOND | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  MO STATE BOARD OF PUBLIC SCHOOLS BOND | C | Interest | M | T | | | | | |
| 103.  JOHNSON CNTY KANSAS INTERNAL IMPT UNLIMITED TAX BOND | C | Interest | M | T | | | | | |
| 104.  CT STATE BOND | | None | L | T | Buy | 12/10/13 | L | | |
| 105.  CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 106.  ▨ HOLDINGS: | | None | | | | | | | |
| 107.  EXXON/MOBIL CORP | A | Dividend | L | T | Buy (add'l) | 03/28/13 | J | | |
| 108. | | | | | Sold (part) | 04/17/13 | K | A | |
| 109.  CATERPILLAR | A | Dividend | K | T | | | | | |
| 110.  AMERICAN EXPRESS CO | A | Dividend | K | T | Buy (add'l) | 02/28/13 | J | | |
| 111. | | | | | Sold (part) | 06/20/13 | J | B | |
| 112. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 113. | | | | | Sold (part) | 09/25/13 | J | A | |
| 114.  APPLE | B | Dividend | K | T | Sold (part) | 01/28/13 | J | A | |
| 115. | | | | | Sold (part) | 04/18/13 | J | A | |
| 116. | | | | | Sold (part) | 06/20/13 | J | B | |
| 117.  COSTCO WHOLESALE | A | Dividend | K | T | Buy (add'l) | 05/10/13 | J | | |
| 118. | | | | | Sold (part) | 06/20/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. GOOGLE INC | | None | L | T | Buy (add'l) | 04/04/13 | J | | |
| 120. | | | | | Sold (part) | 06/24/13 | K | B | |
| 121. NESTLE | | None | | | Sold | 08/16/13 | K | A | |
| 122. SSGA US GOV M/M FUND | A | Dividend | J | T | | | | | |
| 123. MCDONALDS CORP | A | Dividend | | | Sold (part) | 06/05/13 | J | A | |
| 124. | | | | | Sold (part) | 08/13/13 | J | A | |
| 125. MONSANTO | A | Dividend | K | T | Sold (part) | 06/20/13 | J | B | |
| 126. WALT DISNEY | | None | L | T | Buy (add'l) | 05/10/13 | J | | |
| 127. | | | | | Sold (part) | 06/20/13 | J | A | |
| 128. PEABODY ENERGY | A | Dividend | | | Sold | 04/17/13 | J | A | |
| 129. COCA COLA | A | Dividend | J | T | | | | | |
| 130. BRISTOL MYERS SQUIBB | A | Dividend | K | T | | | | | |
| 131. UNION PACIFIC | A | Dividend | K | T | | | | | |
| 132. MERCK | A | Dividend | J | T | | | | | |
| 133. CHURCH & DWIGHT | A | Dividend | K | T | | | | | |
| 134. NATL OILWELL | A | Dividend | J | T | | | | | |
| 135. ALLERGAN INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. AMERICAN WATER WORKS | A | Dividend | K | T | | | | | |
| 137. FREEPORT MCMORAN | A | Dividend | K | T | | | | | |
| 138. DIAGEO PLL | A | Dividend | K | T | | | | | |
| 139. BOEING | A | Dividend | K | T | | | | | |
| 140. ORACLE | A | Dividend | J | T | | | | | |
| 141. VISA | A | Dividend | K | T | | | | | |
| 142. FORD MOTOR CO | A | Dividend | K | T | | | | | |
| 143. HOME DEPOT | A | Dividend | K | T | | | | | |
| 144. NIKE | A | Dividend | K | T | | | | | |
| 145. PETSMART | A | Dividend | J | T | | | | | |
| 146. HAIN CELESTAIL GRP | | None | J | T | | | | | |
| 147. CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 148. KINDER MORGAN INC | A | Dividend | J | T | | | | | |
| 149. AMERICAN TOWER REIT | A | Dividend | K | T | | | | | |
| 150. PRUDENTAL FINANCIAL | A | Dividend | K | T | | | | | |
| 151. WEYERHAUSER CO REIT | A | Dividend | K | T | | | | | |
| 152. EDWARDS LIFESCIENCES | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. PERRIGO INC | A | Dividend | J | T | | | | | |
| 154. EQUINIX INC | | None | J | T | | | | | |
| 155. IBM | A | Dividend | K | T | | | | | |
| 156. QUALCOMM | A | Dividend | K | T | | | | | |
| 157. ECOLAB INC | A | Dividend | K | T | | | | | |
| 158. HP CO BOND | B | Interest | M | T | | | | | |
| 159. CATERPLIILAR FIN BOND | B | Interest | M | T | | | | | |
| 160. FORD MOTOR CREDIT BOND | C | Interest | L | T | | | | | |
| 161. SCHERING PLOUGH(MRK)BOND | D | Interest | M | T | | | | | |
| 162. NOVARTIS CAP CORP BOND | B | Interest | K | T | | | | | |
| 163. UNITED PARCEL SERVICE BOND | C | Interest | M | T | | | | | |
| 164. KIMBERLY CLARK BOND | A | Interest | K | T | | | | | |
| 165. BURLINGTON NORTH SANTA FE BOND | A | Interest | M | T | | | | | |
| 166. PEPSI AMERICAS INC BOND | A | Interest | K | T | | | | | |
| 167. PHILIP MORRIS INTL BOND | A | Interest | K | T | | | | | |
| 168. ST JUDE MEDICAL BOND | A | Interest | K | T | | | | | |
| 169. ANHEUSER BUSCH BOND | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. MCDONALDS CORP BOND | A | Interest | K | T | | | | | |
| 171. KRAFT FOOD INC BOND | A | Interest | L | T | | | | | |
| 172. CATERPILLAR INC BOND | A | Interest | L | T | | | | | |
| 173. COCA COLA BOND | A | Interest | M | T | | | | | |
| 174. BORG WARNER INC BOND | B | Interest | L | T | | | | | |
| 175. ARTSPACE, INC., BIRMINGHAM, MI | | None | L | U | | | | | |
| 176. WASHTENAW CO.-WASHTENAW CNTY, MI | A | Rent | J | U | | | | | |
| 177. WASHTENAW CO.-WASHTENAW CNTY, MI | F | Distribution | J | U | | | | | |
| 178. COMMERCE CENTER BLDG-MI | | None | J | U | | | | | |
| 179. MERCURY PLAZA SHOPPING CENTER-MI | | None | K | U | | | | | |
| 180. CG&A CENTRAL MALL-OK,TX | A | Rent | J | U | | | | | |
| 181. CG&a CENTRAL MALL | A | Interest | J | U | | | | | |
| 182. LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 183. LPC INVESTMENTS, LLC | A | Dividend | P1 | U | | | | | |
| 184. LPC ENTERPRISES | | None | J | U | | | | | |
| 185. ▓ BROWN ST ASSOC-BIRMINGHAM, MI | D | Rent | J | U | | | | | |
| 186. ▓ BROWN ST ASSOC | C | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. CGA&A CROSSROADS CENTER LP-IOWA | A | Rent | | | Closed | 12/31/13 | J | A | |
| 188. CG&A CROSSROADS CENTER LLP | A | Distribution | | | | | | | |
| 189. LEDFORD APTS-TENN | A | Rent | J | U | | | | | |
| 190. MOUNTAIN CREEK-TENN | A | Rent | K | U | | | | | |
| 191. MOUNTAIN CREEK-TENN | C | Distribution | K | U | | | | | |
| 192. JAKSON OVERLAND-MS | A | Rent | K | U | | | | | |
| 193. BAMAR GROUP-NY | A | Rent | K | U | | | | | |
| 194. BAMAR GROUP | C | Distribution | K | U | | | | | |
| 195. BAMAR GROUP | A | Interest | K | U | | | | | |
| 196. CHELSMFORD-MA | A | Rent | K | U | | | | | |
| 197. CHELSMFORD | D | Distribution | K | U | | | | | |
| 198. CHELSMFORD | A | Interest | K | U | | | | | |
| 199. DALLAS GRP INVESTORS, LLC-TX | B | Distribution | K | U | | | | | |
| 200. DALLAS GRP INVESTORS-TX | A | Rent | K | U | | | | | |
| 201. DALLAS GRP INVESTORS-TX | A | Interest | K | U | | | | | |
| 202. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 09/22/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544